# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*Dallas Division*

Robert John Simmons, et al.

Plaintiff

v.

Joe M. Finch, PsyD, et al.

Defendant

3:14-cv-00488

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Robert John Simmons, Plaintiff in the above referenced and styled cause

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

1) Plaintiffs - Robert John Simmons, Jeffrey Robert Simmons, and Sherri Rene Bowman
2) Disability Rights Texas
3) Defendants - Joe M. Finch PsyD, Kranti Purimetla, MD, Aileen Fisher, MD, Rhonda Miranda, RN, Defendant Texas Department of State Health Services

|  |  |
|---|---|
| Date: | February 10, 2014 |
| Signature: | /s/ Peter Hofer |
| Print Name: | Peter Hofer |
| Bar Number: | 09777275 |
| Address: | 2222 W. Braker Ln. |
| City, State, Zip: | Austin, Texas 78758 |
| Telephone: | 512-454-4816 |
| Fax: | 512-454-3999 |
| E-Mail: | phofer@drtx.org |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons