**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ROBERT JOHN SIMMONS, Individually And as Representative of the ESTATE OF GEORGIA ANN SIMMONS, JEFFREY ROBERT SIMMONS, and SHERRI RENE BOWMAN, | § § § § § | |
|     *Plaintiffs*, | § § § | CIVIL ACTION NO. 3:14-cv-00488 |
| v. | § § | |
| JOE M. FINCE, PsyD; KRANTI PURIMETLA, MD; AILEE FISHER, MD; RHONA MIRANDA, RN; THE TEXAS DEPARTMENT OF STATE HEALTH SERVICES, | § § § § § § | |
|     *Defendants*. | § | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE**

TO THE HONORABLE JANE BOYLE:

    Defendant The Texas Department of State and Health Services ("DSHS") moves that the deadline to answer or otherwise respond to Plaintiffs' Original Complaint filed on February 10, 2014 be extended for all Defendants to March 25, 2014. Good cause exists because this case involves multiple parties.

    The undersigned counsel has conferred with Plaintiffs' counsel, who is unopposed to this motion.

DATE: February 28, 2014           Respectfully submitted,

                                                 GREG ABBOTT
                                                 Attorney General of Texas

                                               DANIEL T. HODGE
                                             First Assistant Attorney General

> DAVID C. MATTAX
> Deputy Attorney General for Defense Litigation
>
> JAMES "BEAU" ECCLES
> Division Chief - General Litigation
>
> /s/ Drew L. Harris
> **DREW L. HARRIS**
> Assistant Attorney General
> State Bar No. 24057887
> Office of the Attorney General
> P.O. Box 12548, Capitol Station
> Austin, Texas  78711-2548
> (512) 463-2120
> (512) 320-0667 (FAX)
> drew.harris@texasattorneygeneral.gov
>
> **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiffs, Peter Hofer by phone and email on February 27 and 28, 2014, and he indicated Plaintiffs are unopposed to this motion.

> /s/ Drew L. Harris
> **DREW L. HARRIS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent via Electronic Filing Notification System on this the 28th day of February, 2014, to:

Peter Hofer
Liane Janovsky
DISABILITY RIGHTS TEXAS
*Attorneys for Plaintiff*

> /s/ Drew L. Harris
> DREW L. HARRIS